UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1300

NIKOLA T. GUENOV,

                Petitioner,

        v.

MICHAEL B. MUKASEY, Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.  (A79-326-378)

Submitted:  February 21, 2008          Decided:  March 17, 2008

Before TRAXLER and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Gayton J. Thomas, Jr., Baltimore, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Michelle Gorden Latour, Assistant Director, Hannah B. Baublitz, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikola T. Guenov, a native and citizen of Bulgaria, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the Immigration Judge's decision finding that Guenov abandoned his applications for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and affirm the denial of relief for the reasons stated by the Board. See In Re: Guenov, No. A79-326-378 (B.I.A. Mar. 16, 2007). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED